**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7428**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY THEODORE FONVILLE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, District Judge. (CR-92-7, CA-97-79-7-F)

---

Submitted: December 29, 1998          Decided: March 4, 1999

---

Before WIDENER and WILLIAMS, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Anthony Theodore Fonville, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Fonville seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), without prejudice, to apply to this Court for authorization to file a successive § 2255 motion under 28 U.S.C.A. § 2244 (West 1994 & Supp. 1998). This court denied Fonville's motion for authorization to file a successive § 2255 motion. In re Fonville, No. 98-679 (4th Cir. Dec. 11, 1998). Because Appellant did not receive authorization under § 2244, he is unable to file a successive § 2255 motion in the district court. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Fonville's motion for appointment of counsel. We deny Fonville's motion for oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

DISMISSED